AO 245D (Rev. 12/03 Judgment in a Criminal Case for Revocations)
Sheet 1
Case 4:05-cr-00136-JLH Document 52 Filed 05/28/10 Page 1 of 2

# UNITED STATES DISTRICT COURT

## Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAY 28 2010
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>ANTONIO P. WALKER | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case No.  4:05CR00136 JLH<br>USM No.  23708-009<br><br>_____Lisa G. Peters_____<br>Defendant's Attorney |

**THE DEFENDANT:**

X admitted guilt to violation of condition(s)    Special    of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Special | Possession of obscene material | January 13, 2010 |
| Special | Contact with children under the age of 18 without permission of probation officer | January 13, 2010 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 5224

Defendant's Year of Birth: 1976

City and State of Defendant's Residence:
St. Louis, Missouri

May 28, 2010
Date of Imposition of Judgment

_(signature)_
Signature of Judge

__J. LEON HOLMES, U.S. DISTRICT JUDGE__
Name and Title of Judge

May 28, 2010
Date

Case 4:05-cr-00136-JLH Document 52 Filed 05/28/10 Page 2 of 2

Judgment — Page __2__ of __2__

DEFENDANT: ANTONIO P. WALKER
CASE NUMBER: 4:05CR00136 JLH

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

## TIME SERVED with NO TERM OF SUPERVISED RELEASE TO FOLLOW

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before 2 p.m. on _____ .
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL